IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

| | |
|---|---|
| In re:<br><br>Lisa Shambro,<br><br>  Debtor. | Case No. 23-10824 MER<br><br>Chapter 11 |
| Greenfence, LLC, IBMS, LLC, and Fourteener, LLC<br><br>  Plaintiffs,<br><br>v.<br><br>Lisa Shambro<br><br>  Defendant. | Adversary No. 23-01160 MER |

## ORDER TO SHOW CAUSE

THIS MATTER comes before the Court on the Court's Order to Retain Counsel and the Amended Motion for Summary Judgment ("**Summary Judgment Motion**") filed by Lisa Shambro ("**Shambro**").[1]

On June 3, 2025, the Court allowed the withdrawal of Plaintiffs' counsel, leaving Plaintiffs without representation. Because Plaintiffs are all corporations, they can only appear before the Court through counsel.[2] As such, the Court ordered Plaintiffs to retain counsel by July 18, 2025.[3] The Court further advised Plaintiffs that failure to obtain counsel by July 18th would result in the dismissal of the instant adversary proceeding.[4] Plaintiffs failed to obtain counsel by the deadline. Further, Shambro filed her Summary Judgment Motion on July 30, 2025.[5] Shambro seeks summary judgment on her counterclaims against the Plaintiffs as well as on Plaintiffs' claims pursuant to § 523(a). Plaintiffs failed to respond to the Summary Judgment Motion.

---

[1] ECF Nos. 88 & 95.

[2] *See Flora Construction Company v. Fireman's Fund Company*, 307 F.2d 413, 414 (10th Cir. 1962), cert denied, 371 U.S. 950, 83 S.Ct. 505, 9 L.Ed 499 (1963).

[3] ECF No. 88.

[4] *Id.*

[5] ECF No. 95. The original Summary Judgment Motion was filed on July 28. ECF No. 94.

Accordingly,

IT IS ORDERED that before **5:00 p.m. (MST)** on **September 23, 2025**, Plaintiffs shall show cause, in writing, why Plaintiffs' claims against Shambro and defenses to Shambro's counterclaims should not be dismissed.  Failure to respond to this Order by September 23, 2025, will result in Plaintiffs' Complaint and Answer to Shambro's counterclaims being stricken.

Dated September 9, 2025

BY THE COURT:

Michael E. Romero
United States Bankruptcy Court